UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BECKY LUSIGNAN and
DAVID WEISENBURGER,
    Plaintiffs

v.                                               C.A. 09-402 S

LA CASA DEVELOPMENT CORP.,
ET AL.,
    Defendants

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 4, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (Document No. 6) is DENIED, and Plaintiffs' Motions to Proceed IFP (Document Nos. 2 and 3) are GRANTED, and the case is DISMISSED because it is "frivolous" and/or "fails to state a claim on which relief may be granted" pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 10/7/09